SHEHARYAR ALI
LAW GROUP, P.C.

*Attorneys and Counselors at Law*

877 N Corona Ave, Valley Stream, New York 11580
Phone: 516-820-1020 | Email: ali@salawpc.com
https://salawpc.com

November 20, 2026

**VIA PACER**

Honorable Magistrate Judge
Lee G. Dunst
100 Federal Plaza
Central Islip, NY 11722

Re: ***Ellis v. The County of Nassau et. al***
***Case No. 26-cv-02041***

Dear Honorable Lee G. Dunst:

Our office represents the County Defendants in the above-referenced action. We write jointly with Plaintiff's counsel to provide a status update regarding discovery and settlement.

In October 2026, Plaintiff produced about 10,000 pages of discovery to the County Defendants. Last week, the County Defendants received discovery from the Nassau County District Attorney's Office. Our office is reviewing both productions now and will produce the District Attorney's Office records to Plaintiff shortly. The production from the District Attorney's Office included thousands of pages as well.

The County Defendants are not yet prepared to participate in a preliminary settlement conference. We have to finish reviewing the discovery, receive and evaluate Plaintiff's settlement demand, and confer with the Nassau County Attorney's Office about that demand. We expect to complete this process in time

for a settlement conference in late January 2027. Plaintiff will provide the County Defendants with a settlement demand.

We thank the Court for its time and consideration.

Respectfully,

__________________________

Sheharyar Ali, Esq.